IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03476-KLM

JULIE REISKIN,
MELISSA MARSHALL, and
COLORADO CROSS-DISABILITY COALITION,

      Plaintiffs,

v.

UNIVERSITY OF NEVADA, LAS VEGAS FOUNDATION, and
U.S. MOTELS DOWNTOWN, INC.,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Stipulated Motion to Dismiss With Prejudice** [#15] (the "Motion"). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), parties may voluntarily dismiss an action without a court order by filing a stipulation for dismissal signed by all parties who have appeared.  The Court construes the Motion as a stipulation for dismissal because it is signed by all parties who have appeared.  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#15] is **DENIED as moot**.

      IT IS FURTHER **ORDERED** that the Clerk of Court shall **close** this case in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Dated:  April 22, 2015